**Order entered March 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00224-CR

**JORGE SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA10-72305-N**

## ORDER

On January 14, 2013, this Court ordered the court reporter to file the reporter's record within thirty days. When we did not receive the record by February 22, 2013, we ordered Vearneas Faggett to file the reporter's record within fifteen days. To date, Ms. Faggett has neither filed the reporter's record nor communicated with the Court regarding the record. The appeal cannot proceed until the record has been filed, and the Court has already determined that appellant is entitled to proceed without payment of costs for that record.

Accordingly, we **ORDER** Vearneas Faggett, official court reporter of the County Criminal Court No. 11, to file the reporter's record, including all exhibits, within **TEN DAYS** of the date of this order. If the record is not filed within the time specified, the Court will order that Vearneas Faggett not sit as a court reporter until she has filed the record in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizzell, Presiding Judge, County Criminal Court No. 11; Vearneas Faggett, official court reporter, County Criminal Court No. 11; and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE